**97–2273.  Cleveland Bar Assn. v. Belock.**
On December 26, 1997, respondent filed a reply brief to respondent's answer brief.  Whereas Gov.Bar R. V does not provide for the filing of a reply brief,
 IT IS ORDERED by the court, *sua sponte*, that the reply brief be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**97–1830.  State ex rel. Booher v. Honda of Am., Inc.**
Franklin App. No. 96APD12–1666.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant's application for dismissal,
 IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
 ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1837.  Englewood v. Mitchell.**
Montgomery App. No. 16520.  This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County.  Upon consideration of appellants' application for dismissal,
 IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
 ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–2264.  Phillips v. Value City Stores, Inc.**
Franklin App. No. 96APE12–1711.  This cause is pending before the court as a discretionary appeal and claimed appeal of right.  Upon consideration of appellants' application for dismissal,
 IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
 ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–2568.  State v. Goodwin.**
Cuyahoga App. No. 72043.  This cause is pending before the court as a discretionary appeal and claimed appeal of right.  Upon consideration of appellant's application for dismissal,
 IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
 ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, January 7, 1998*

## MOTION DOCKET

**90–22.  State v. Waddy.**
Franklin App. Nos. 87AP–1159 and 87AP–1160.  On June 29, 1995, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies.  It appearing to the court that all matters have been disposed in case No. 90–22, appellant's direct appeal of his conviction, and case No. 97–1554, appellant's post-conviction appeal,
 IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on June 29, 1995, be and is hereby revoked.
 IT IS HEREBY ORDERED by the court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 6th day of April, 1998, in accordance with the statutes so provided.
 IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Franklin County.